**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 13-cv-02583-PAB-MJW

COLORADO CIVIL RIGHTS COMMISSION,

Plaintiff,

v.

1950 LOGAN CONDOMINIUMS CONDOMINIUM ASSOCIATION, 1950 LOGAN, LLC, and ST. CHARLES TOWN COMPANY, LLC,

Defendants.

---

**ORDER DENYING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING DETERMINATION ON MOTION FOR LEAVE TO AMEND COMPLAINT AND MOTION TO REMAND [Doc. No. 22]**

---

The Court, having considered the Motion of the Plaintiff and the response of Defendants 1950 Logan Condominiums Condominium Association and St. Charles Town Company, LLC (collectively, the "Association"), and being fully informed in the premises, does hereby find that the Plaintiff has not established or shown that there will be any prejudice to it, nor any judicial economies to be had, from staying discovery in this action. To the contrary, the interests of having a swift resolution of cases in whatever forum they are heard militates in favor of allowing discovery to be allowed even as the Court considers whether or not to remand the action to the Denver District Court.

Ordered this 6TH day of December, 2013

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO